UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTOPHER DELAPAZ,**

    Plaintiff,

v.                                              Case No: 8:22-cv-510-MSS-JSS

**FUTURE MOTION, INC.,**

    Defendant.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon review of the Parties' Stipulation of Dismissal Without Prejudice, (Dkts. 23 and 24), and pursuant to FED. R. CIV. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida this 10th day of April 2023.

*[Signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party